IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN AND JANE DOE**, in their own right and as parents and natural guardians of L. Doe, a minor, : <br> : <br> and : <br> : <br> **WILLIAM AND MARY ROE**, : <br> in their own right and as parents and : <br> natural guardians of A. Roe, a minor, : <br>                         Plaintiffs, : <br> : <br>                v. : <br> : <br> **SOUTHEAST DELCO SCHOOL DISTRICT**, : <br> **STEPHEN D. BUTZ**, Superintendent, : <br> **JEFFREY RYAN**, Assistant Superintendent, : <br> **MICHAEL A. P. JORDAN**, and : <br> **PAUL F. HOCSHWENDER**, : <br>                        Defendants. : | **CIVIL ACTION** <br><br> **No. 15-901** |

## ORDER

This 13th day of October, 2015, upon consideration of the Motion to Dismiss by Defendants Southeast Delco School District, Stephen D. Butz, and Jeffrey Ryan and Plaintiffs' Response, it is **ORDERED** that Count III of Plaintiffs' Complaint is **DISMISSED as to Defendants Butz and the District ONLY.** In all other respects, Defendants' Motion to Dismiss is **DENIED.**

                                                          /s/ Gerald Austin McHugh
                                           United States District Court Judge