# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN AND JANE DOES**, in their own right and as parents and natural guardians of L. Doe, a minor, | : | |
| **and** | : | |
| **WILLIAM AND MARY ROE**, in their own right and as parents and natural guardians of A. Roe, a minor, | : | |
| v. | : | **CIVIL ACTION NO. 15-901** |
| **SOUTHEAST DELCO SCHOOL DISTRICT** et al. | : | |

_____

| | | |
|---|---|---|
| **JOHN AND JANE DOES**, in their own right and as parents and natural guardians of L. Doe, a minor, et al. | : | |
| v. | : | **CIVIL ACTION NO. 15-3655** |
| **SOUTHEAST DELCO SCHOOL DISTRICT** et al. | : | |

_____

| | | |
|---|---|---|
| **MARTHA POE**, in her own right and as parent and natural guardian of S. Poe a minor | : | |
| v. | : | **CIVIL ACTION NO. 15-2369** |
| **SOUTHEAST DELCO SCHOOL DISTRICT** et al. | : | |

_____

| JOHN AND JANE DOES, in their own right | : | |
| and as parents and natural guardians of L. Doe, | : | |
| a minor | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 16-1364 |
| | : | |
| SOUTHEAST DELCO ELEMENTARY | : | |
| SCHOOL et al. | : | |

## ORDER

This 27th day of September, 2017, upon consideration of the Defendants' Motions for Summary Judgment, and the Responses and Replies thereto, it is hereby **ORDERED** that the Defendants' Motions are **GRANTED** as to Plaintiffs' § 1983 claims against the District, Butz, and Ryan. Summary Judgment is also granted as to Plaintiff Poe's Title IX claim against the District. Defendants' Motions will be **DENIED** as to the state-created danger claim against Defendant Jordan, and as to the Title IX claims by all Plaintiffs other than Plaintiff Poe.

    /s/ Gerald Austin McHugh
United States District Judge