IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM AND MARY ROE, in their own right:
and as parents and natural guardians of A. ROE,:
a minor, et al.

        v.                                    **CIVIL ACTION NO. 15-901**

SOUTHEAST DELCO SCHOOL DISTRICT, :
et al.

---

JOHN AND JANE DOES, in their own right  :
and as parents and natural guardians of L. DOE,:
a minor, et al.

        v.                                    **CIVIL ACTION NO. 15-3655**

SOUTHEAST DELCO SCHOOL DISTRICT, :
et al.

---

## PLAINTIFFS ROE'S PROPOSED VERDICT SLIP

We, the jury, unanimously find the following:

**I.**      **LIABILITY OF SOUTHEAST DELCO SCHOOL DISTRICT – Title IX Violation**

1. Has Plaintiff Roe proven that Roe was subjected to sexual harassment in the form of inappropriate touching?

Yes _____ No _____

If you answered "Yes" to Question No. 1, proceed to Question No. 2. If you answered "No" to Question No. 1, then proceed to Question No. 5.

2. Has Plaintiff Roe proven that Michael A.P. Jordan had actual knowledge of facts indicating a risk of substantial danger to her?

Yes _____ No _____

If you answered "Yes" to Question No. 2, proceed to Question No. 3. If you answered "No" to Question No. 2, then proceed to Question No. 5.

3. Has Plaintiff Roe proven that Michael A.P. Jordan was deliberately indifferent to that risk of substantial danger?

Yes _____ No _____

If you answered "Yes" to Question No.3, proceed to Question No. 4. If you answered "No" to Question No. 3, then proceed to Question No. 5.

4. Has Plaintiff Roe proven by a preponderance of the evidence that the deliberate indifference of Michael A.P. Jordan was a substantial factor in bringing about her injuries?

Yes _____ No _____

Proceed to Question No. 5.

## II.    LIABILITY OF MICHAEL A.P. JORDAN – Constitutional Rights Violation

5. Has Plaintiff Roe proven that Michael A.P. Jordan used his authority to create an opportunity for Defendant Hochschwender to inappropriately touch Roe which would have otherwise not existed but for his conduct?

Yes _____ No _____

If you answered "Yes" to Question No. 5, proceed to Question No. 6. If you answered "No" to Question No. 5, proceed to Question No. 9.

6. Was the alleged inappropriate touching of Roe a reasonably foreseeable harm of Michael A.P. Jordan's conduct?

Yes _____ No _____

If you answered "Yes" to Question No. 6, proceed to Question No. 7. If you answered "No" to Question No. 6, proceed to Question No. 9.

7. Has Plaintiff Roe proven that Michael A.P. Jordan acted with deliberate indifference?

Yes _____ No _____

If you answered "Yes" to Question No. 7, proceed to Question No. 8. If you answered "No" to Question No. 7, proceed to Question No. 9.

8. Has Plaintiff Roe proven by a preponderance of the evidence that Michael A.P. Jordan's violation of her constitutional rights was a substantial factor in bringing about her injuries?

Yes _____ No _____

Proceed to Question No. 9.

### III.  LIABILITY OF PAUL HOCHSCHWENDER

#### a.  Constitutional Rights Violation – Bodily Integrity

9.  Has Plaintiff Roe proven that Paul Hochschwender used his position to inappropriately touch Roe?

Yes ____ No ____

If you answered "Yes" to Question No. 9, proceed to Question No. 10.  If you answered "No" to Question No. 9, proceed to Question No. 12.

10. Has Plaintiff Roe proven that Paul Hochschwender acted in a manner that shocks the conscience?

Yes ____ No ____

If you answered "Yes" to Question No. 10, proceed to Question No. 11.  If you answered "No" to Question No. 10, proceed to Question No. 12.

11. Has Plaintiff Roe proven that Paul Hochschwender's actions were a substantial factor in bringing about her injuries?

Yes ____ No ____

Proceed to Question No. 12.


#### b.  BATTERY

12. Has Plaintiff Roe proven by a preponderance of the evidence that Paul Hochschwender's actions constitute the tort of battery?

Yes ____ No ____

If you answered "Yes" to Question No. 12,  proceed to Question No. 13.  If you answered "No" to Question No. 12, proceed to Question No. 14.

13. Has Plaintiff Roe proven by a preponderance of the evidence that the battery committed by Paul Hochschwender was a substantial factor in bringing about her injuries?

Yes ____ No ____

Proceed to Question No. 14.

## c. COMPENSATORY DAMAGES

14. Answer Question No. 15 only if you answered "Yes" to Question Nos. 4, 8, 11 and/or 13.

15. What is a fair and reasonable amount to compensate Plaintiff Roe for the damages suffered either as a violation of Title IX, her constitutional rights, and/or a battery?

$_____

DATE: _____        FOREPERSON: _____