IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
JOHN DOE, et al                 :        CIVIL ACTION
                                :
          v.                    :
                                :
SOUTHEAST DELCO SCHOOL          :
DISTRICT, et al                 :        NO.15-901
```

O R D E R

Before the Honorable Gerald Austin McHugh

      AND NOW, this 17th day of April, 2018, in accordance with the VERDICT OF THE JURY,

      IT IS HEREBY ORDERED that Judgment is entered in favor of Defendants Southeast Delco School District and Michael A.P. Jordan against Plaintiffs John and Jane Doe.  Judgment is also entered in favor of Plaintiffs John and Jane Doe against Defendant Paul Hocschwender in the amount of One Hundred Thousand dollars ($100,000.00).

BY THE COURT:

ATTEST: /s/ Christian J. Henry
       Christian J. Henry
       Deputy Clerk

Civ 1 (8/80)