# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM and MARY ROE**, in their own right and as parents and natural guardians of A. ROE, a minor, *et al.* | : | **CIVIL ACTION NO.: 15-cv-0901** |
| Plaintiffs, | : | HON. GERALD A. McHUGH |
| vs. | : | |
| **SOUTHEAST DELCO SCHOOL DISTRICT**, *et al.* | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |
| **JOHN DOE and JANE DOE**, in their own right and as parents and natural guardians of L. DOE, a minor, | : | **CIVIL ACTION NO.: 15-cv-03655** |
| Plaintiffs, | : | HON. GERALD A. McHUGH |
| vs. | : | |
| **MICHAEL A.P. JORDAN**, *et al.* | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

## ORDER APPROVING SETTLEMENT
## AND ORDER FOR DISTRIBUTION

AND NOW, 18th day of November, 2019, upon consideration of Motion For Leave to Compromise Minors' Actions, filed by Plaintiffs A. Roe, a minor by her Parents and Natural Guardians, William Roe and Mary Roe, and L. Doe a minor by her Parents and Natural Guardians, John Doe and Jane Doe it is hereby:

**ORDERED and DECREED** that Plaintiffs are authorized to enter into a settlement with Defendant PAUL E. HOCHSCHWENDER, referred to as Defendant in the gross sum of Eighty-Five Thousand ($85,000.00) Dollars. Defendant shall forward all settlement drafts or

checks to Plaintiffs' counsel for proper distribution.

**IT IS FURTHER ORDERED and DECREED** that the settlement proceeds be allocated as follows:

1. To Minor Plaintiffs, gross settlement: $85,000.00

| NAME | SETTLEMENT AMOUNT |
|---|---|
| a. A. Roe | $31,850.00 |
| b. L. Doe | $31,850.00 |
| c. Williams Cedar, LLC | $10,675,00 (fees) |
| d. McNichol, Byrne & Matlawski, P.C. | $10,675.00 (fees) |

e. The payments to the minor plaintiffs shall be distributed as follows:

Counsel shall open a savings certificate or a savings account for each minor plaintiff in the sum of $31,850.00 in the name of the minor. The savings certificate or savings account shall be federally insured and interest-bearing, and marked not be withdrawn before the minor attains majority, except for the payment of city, state, and federal income taxes on the interest earned by the savings account, or upon prior Order of the Court.

BY THE COURT:

_____
THE HONORABLE GERALD A. McHUGH, U.S.D.C.J.