# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN and JANE DOE, in their own right and as parents and natural guardians of L. DOE, a minor,** *et al.* | : : : : | **CIVIL ACTION NO.: 15-cv-901** |
| Plaintiffs, | : : | **HON. GERALD A. McHUGH** |
| vs. | : : : | |
| **SOUTHEAST DELCO SCHOOL DISTRICT,** *et al.* | : : : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |
| **JOHN DOE and JANE DOE, in their own right and as parents and natural guardians of L. DOE, a minor,** | : : : : | **CIVIL ACTION NO.: 15-cv-3655** |
| Plaintiffs, | : : | **HON. GERALD A. McHUGH** |
| vs. | : : : | |
| **SOUTHEAST DELCO SCHOOL DISTRICT,** *et al.* | : : : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

## NOTICE OF ENTRY OF SATISFACTION OF JUDGMENT

Please take notice that the judgment entered against Paul E. Hochschwender by Court Order dated April 17, 2018 has been paid in full, settled, or otherwise complied with and is hereby satisfied.

Respectfully submitted,

__12/17/19__
Date

GERALD J. WILLIAMS, ESQUIRE
PA #36418

Case 2:15-cv-00901-GAM   Document 154   Filed 12/17/19   Page 2 of 3

WILLIAMS CEDAR, LLC  
1515 Market Street, Suite 1300  
Philadelphia, PA 19102-1929  
Phone: 215.557.0099  
Fax:   215.557.0673  
Email: gwilliams@williamscedar.com

2

**CERTIFICATE OF SERVICE**

I, GERALD J. WILLIAMS, hereby certify that on this date I served a true and correct copy of the foregoing Notice of Satisfaction of Judgment via the Court's Electronic Filing System upon the following counsel and parties of record, with the exception of Alfred Abel, Esquire, who was served via U.S. First Class Postal Service:

> Alfred Abel, Esquire
> Alfred Abel Law Office
> 600 W. Germantown Pike
> Suite 400
> Plymouth Meeting, PA 19462
> Counsel for Paul Hochschwender
>
> Joseph J. Santarone, Jr., Esquire
> Marshall Dennehey Warner Coleman & Goggin
> 2000 Market Street, 24th Floor
> Philadelphia, PA 19103
> Counsel for Southeast Delco School District,
> Stephen D. Butz, Superintendent, Jeffrey Ryan,
> Assistant Superintendent, Ashwina Mosakowski
>
> John E. Freund, III, Esquire
> King Spry Herman Freund & Faul, LLC
> One West Broad Street, Suite 700
> Bethlehem, PA 18018
> Counsel for Michael A.P. Jordan

Date: December 17, 2019

*Gerald J. Williams*
GERALD J. WILLIAMS, ESQUIRE